

**FILED**
*March 5, 2015*
Third Court of Appeals
Jeffrey D. Kyle
Clerk

ACCEPTED
03-14-00737-CV
4378464
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/5/2015 1:23:53 AM
JEFFREY D. KYLE
CLERK

No. 03-14-00737-cv

---

**IN THE THIRD COURT OF APPEALS**

**AUSTIN, TEXAS**

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/5/2015 1:23:53 AM
JEFFREY D. KYLE
Clerk

---

**CHASE CARMEN HUNTER, APPELLANT v. ELEANOR KITZMAN IN HER OFFICIAL CAPACITY AS COMMISSIONER OF INSURANCE, JULIA RATHGEBER IN HER OFFICIAL CAPACITY AS COMMISSIONER OF INSURANCE, AND THE TEXAS DEPARTMENT OF INSURANCE, APPELLEES**

---

**REQUEST PURSUANT TEXAS RULE OF APPELLATE PROCEDURE 10.3(b) AND OBJECTION TO THE CLERK'S LETTERS DATED MARCH 2, 2015, AND MARCH 4, 2015, WHICH DENY, IN PART, AND IN FULL, RESPECTIVELY, HUNTER'S MOTION TO EXTEND THE FILING DATE OF HER MOTION FOR REVIEW OF TRIAL COURT'S ORDER DATED FEBRUARY 19, 2015, SUSTAINING CONTEST TO MOTION TO APPEAL IN FORMA PAUPERIS**

---

From Cause D-1-GN-13001957 In The 250th District Travis County, Texas, The Honorable John K. Dietz Presiding

---

Chase Carmen Hunter, *pro se*
340 S. Lemon Ave. #9039
Walnut, CA 91789
Telephone: 707-706-3647
Facsimile: 703-997-5999
Chase_Hunter@yahoo.com

- 1 -

**CERTIFICATION.**

I, Chase Carmen Hunter, state under penalty of perjury that the following facts and argument are true and correct.

_____ _March 5, 2015_

**OBJECTION TO THE CLERK'S LETTERS DATED MARCH 2, 2015, AND MARCH 4, 2015**

The Appellant, herein referred to as "Hunter", filed a motion for a 60-day filing extension with this court on March 1, 2015. The clerk of this court ("Clerk") responded to said motion by sending Hunter a letter on March 2, 2015, stating that said motion was denied in part by this court. Hunter objects to her motion being dispensed with by a letter from the Clerk and not by a court order.

Hunter filed a motion for a 60-day filing extension with this court on March 3, 2015. The clerk of this court ("Clerk") responded to said motion by sending Hunter a letter on March 4, 2015, stating that said motion was denied by this court. Hunter objects to her

motion being dispensed with by a letter from the Clerk and not by a court order.

Hunter objects to the Clerk dispensing with Hunter's two aforementioned motions in violation of Texas Rule of Appellate Procedure ("TRAP") 10.3(a) et seq. These two motions were not to be heard or determined "until 10 days after the motion was filed".

For the aforementioned reasons, Hunter requests that these Clerk's aforementioned letters be stricken.

## TEXAS RULE OF APPELLATE PROCEDURE 10.3(b)

Hunter requests that the two aforementioned motions be dispensed with by a court order signed by at least one judge.

Notwithstanding the fact that the two aforementioned letters sent by the Clerk to Hunter ("Clerk Letters") establish that the two aforementioned motions were not dispensed with by the Court and were only handled by the Clerk, Hunter requests that the two aforementioned motions be reconsidered in accordance with TRAP 10.3(b) in the event that this court believes that the two

Clerk Letters satisfy minimum guidelines to be classified as court orders.

Hunter also requests that this court provide a written explanation establishing the facts and the applicable law relied upon if this court classifies the Clerk Letters as court orders.

WHEREFORE, the Appellant requests that the relief requested be granted.

Respectfully Submitted,

/s/ Chase Carmen Hunter

Chase Carmen Hunter
Appellant, pro se
340 S. Walnut Ave. #9039
Walnut, CA 91789
Tel: 707-706-3647, Fax: 703-997-5999
Email: Chase_Hunter@yahoo.com

## **CERTIFICATION**

I, Chase Carmen Hunter, swear under penalty of perjury that the foregoing statements are true and correct.

_____          ___3/5/2015___
Chase Carmen Hunter

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Request was served upon the parties shown below as indicated:

-4-

Cynthia A. Morales
Assistant Attorney General
By Email on March 5, 2015 at
Cynthia.Morales@texasattorneygeneral.gov


*ccft*
_____
Chase Carmen Hunter